THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FILIPINA MAPANAO, *et al.*, | CASE NO. C16-1108-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| U.S. BANK NA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' notice of settlement (Dkt. No. 19). Plaintiff states that all claims against all parties have been resolved. (*Id.*) Therefore, all current dates set for this case are VACATED. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff must file a notice of voluntary dismissal with the Court in order for the case to be closed. The Court directs the Clerk to statistically CLOSE the case.

DATED this 29th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
